UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

---

X

DH-DHEKELIA SHIP MANAGEMENT LIMITED,              Case No.

                                      Plaintiff,

-vs-

BLUESTONE COAL SALES CORPORATION

                                      Defendants

---

X

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Alexander Zhebin, declare under the penalty of perjury:

1. I am a representative of DH-DHEKELIA SHIP MANAGEMENT LIMITED and authorized to act on the company's behalf.

2. I have read the foregoing Verified Complaint and know the contents thereof; and

3. I believe the matters contained therein to be true based on documents and information obtained from employees and representatives of the Plaintiff through agents, underwriters, and attorneys.

I declare under penalty of perjury that the foregoing are true and correct.

Date: November 9, 2022

                                                          _____
                                                          Alexander Zhebin
                                                          Authorized Representative of Plaintiff
                                                          DH-DHEKELIA SHIP
                                                          MANAGEMENT LIMITED

1